IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ESTATE OF JAYSON VINBERG through its Personal Representative BECKY VINBERG | v. | UNITED STATES OF AMERICA |
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 3:22-cv-0135-HRH |

PROCEEDINGS: ORDER FROM CHAMBERS

The parties' *Joint Motion to Extend Discovery Deadlines*,[1] filed June 16, 2023, is granted. Accordingly, pretrial deadlines are revised as follows.

| Deadline | Now Due |
|---|---|
| • Motions to Amend Pleadings, including Motions to Add Parties | **August 14, 2023** |
| • Expert Witness Identification | **September 11, 2023** |
| • ID Responsive Supplemental Expert Witnesses | **September 25, 2023** |
| • Plantiff's Expert Disclosures (Reports) | **October 12, 2023** |
| • Defendant's Expert Disclosures (Reports) | **November 13, 2023** |
| • Rebuttal Reports | **November 27, 2023** |
| • Final Discovery Witness Lists | **February 27, 2024** |

---

[1] Docket No. 39.

Order from Chambers – Extension of Case Deadlines - 1 -

- Close of Expert Witness Discovery (Depositions) **April 12, 2024**

- Close of Fact Discovery **April 12, 2024**

- Discovery Disputes: Discovery disputes (including ESI) shall be presented to the court as soon as discovery problems are identified, but not later than **14 days** after the close of discovery. If the meet-and-confer process (see Rule 37(a)(1)) fails to resolve disagreements regarding mandatory initial discovery or discovery requests, the parties shall present that dispute to the court in a single, joint motion, stating the issue, any applicable rules, and each party's proposed disposition of the dispute. The joint motion must contain the Rule 37(a)(1) certification. The court may resolve the dispute based upon the parties' presentations or after a conference call. At a conference, the court may authorize the filing of a discovery motion.

- Dispositive Motions **May 13, 2024**

- Motions in limine due: Motions in limine, including motions as to qualification of experts and Daubert motions, shall be served and filed not later than **30 days** following the later of the date for the filing of dispositive motions or the date of the court's ruling on timely dispositive motions.