ASHBURN & MASON, P.C.
Eva R. Gardner
Dylan L Hitchcock-Lopez
1227 W. 9th Ave Suite 200
Anchorage, Alaska 99501
Phone:907-276-4331
Fax: (907)- 277-8235
Email: eva@anchorlaw.com, dhl@anchorlaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ESTATE OF JAYSON VINBERG, Through its personal representative BECKY VINBERG, <br><br> Plaintiff, <br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 3:22-cv-00135-HRH ) ) ) ) ) |

## ENTRY OF APPEARANCE

    Dylan Hitchcock-Lopez of the law firm Ashburn & Mason, P.C., hereby enters his appearance as co-counsel of record for Plaintiff in the above captioned matter.

    RESPECTFULLY SUBMITTED on August 31, 2023, in Anchorage, Alaska.

                                                   s/*Dylan Hitchcock-Lopez*
                                                   Dylan Hitchcock-Lopez
                                                   Alaska Bar No. 2305053
                                                   Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 31, 2023, a copy of the foregoing was served electronically through the CM/ECF system on all registered case users.

ASHBURN & MASON, P.C.

By: *s/Maarit Cain*
      Maarit Cain