IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ESTATE OF JAYSON VINBERG through its Personal Representative <u>BECKY VINBERG</u> | v. | <u>UNITED STATES OF AMERICA</u> |
| JUDGE H. RUSSEL HOLLAND | | CASE NO. <u>3:22-cv-0135-HRH</u> |

PROCEEDINGS: ORDER FROM CHAMBERS

The parties have requested another extension,[1] again affecting the schedule of case filing deadlines.[2] The motion is granted and the following deadlines now apply:

| <u>Deadline</u> | <u>Now Due</u> |
|---|---|
| • Expert Witness Identification | **October 2, 2023** |
| • Responsive Supplemental Expert Witness Identification | **October 17, 2023** |
| • Plantiff's Expert Disclosures | **November 6, 2023** |
| • Defendant's Expert Disclosures | **December 6, 2023** |
| • Rebuttal Reports | **December 20, 2023** |
| • Final Discovery Witness Lists | **February 27, 2024** |
| • Expert Discovery Closes | **April 12, 2024** |
| • Close of Fact Discovery | **April 12, 2024** |

---

[1]<u>See</u> Docket No. 40.

[2]Docket No. 42.

Order from Chambers – Extension of Case Deadlines - 1 -

| | |
|---|---|
| • Discovery Disputes: | Discovery disputes (including ESI) shall be presented to the court as soon as discovery problems are identified, but not later than **14 days** after the close of discovery. If the meet-and-confer process (see Rule 37(a)(1)) fails to resolve disagreements regarding mandatory initial discovery or discovery requests, the parties shall present that dispute to the court in a single, joint motion, stating the issue, any applicable rules, and each party's proposed disposition of the dispute. The joint motion must contain the Rule 37(a)(1) certification. The court may resolve the dispute based upon the parties' presentations or after a conference call. At a conference, the court may authorize the filing of a discovery motion. |
| • Dispositive Motions | **May 13, 2024** |
| • Motions in limine due: | Motions in limine, including motions as to qualification of experts and Daubert motions, shall be served and filed not later than **30 days** following the later of the date for the filing of dispositive motions or the date of the court's ruling on timely dispositive motions. |

===