IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ESTATE OF JAYSON VINBERG, through its Personal Representative BECKY VINBERG,

        Plaintiff,

vs.

UNITED STATES OF AMERICA,

        Defendant.

No. 3:22-cv-0135-HRH

O R D E R

Unopposed Motion for Leave to File under Seal[1]

Plaintiff moves, unopposed, for leave to file under seal the following documents:

- Exhibit 1 to Notice of Filing under Seal: unredacted, proposed Second Amended Complaint;[2] and

- Exhibit 2 to Notice of Filing Under Seal: comparison version of proposed Second Amended Complaint and First Amended Complaint.[3]

Sealing these documents is appropriate under the Stipulated Protective Order.[4] The motion is granted.

DATED at Anchorage, Alaska, this 19th day of October, 2023.

        /s/ H. Russel Holland
        United States District Judge

---

[1] Docket No. 48.

[2] Docket No. 49-1.

[3] Docket No. 49-2.

[4] Docket No. 38.