IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ESTATE OF JAYSON VINBERG, through its Personal Representative BECKY VINBERG,<br><br>       Plaintiff,<br><br> vs.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 3:22-cv-00135-HRH<br>)<br>) |

## O R D E R

### Motion for Leave to File Second Amended Complaint[1]

Plaintiff moves, unopposed, for leave to file a second amended complaint. Plaintiff's motion demonstrates good cause for the filing of a second amended complaint after the time scheduled for amendments having expired.

The motion to amend is granted. Plaintiff's unredacted second amended complaint shall be filed under seal.

A revised, redacted version of plaintiff's second amended complaint shall be filed (not sealed) on or before **October 26, 2023**.

DATED at Anchorage, Alaska, this  19th  day of October, 2023.

                  /s/   H. Russel Holland
                  United States District Judge

---

[1] Docket No. 47.

ORDER – Motion for Leave to File Second Amended Complaint    - 1 -