S. LANE TUCKER
United States Attorney

JACQUELYN A. TRAINI
MARIE C. SCHEPERLE
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Jackie.Traini@usdoj.gov
Email: Marie.Scheperle@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ESTATE OF JAYSON VINBERG, through its personal representative BECKY VINBERG,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:22-cv-00135-HRH |

**UNITED STATES' MOTION FOR LEAVE TO FILE UNDER SEAL**

The United States, through counsel, respectfully requests that the Court allow it to file under seal its Motion to Dismiss Plaintiff's Second Amended Complaint and Exhibits

A – P to United States' Motion to Dismiss Plaintiff's Second Amended Complaint. The Motion and Exhibits contain material subject to the Protective Order in this case. Dkt. 38.

RESPECTFULLY SUBMITTED this November 9, 2023, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

/s/ Jacquelyn A. Traini
Assistant U.S. Attorney
Attorney for Defendant

/s/ Marie C. Scheperle
Civil Chief, Assistant U.S. Attorney
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2023,
a true and correct copy of the foregoing
was served electronically on the following:

Eva R. Gardner
Dylan Hitchcock-Lopez
Ashburn & Mason, P.C.
*Attorney for Plaintiff*

/s/ Jacquelyn A. Traini
Office of the U.S. Attorney