IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ESTATE OF JAYSON VINBERG, through its personal representative BECKY VINBERG,<br><br>               Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendants. | Case No. 3:22-cv-00135-HRH |

**[PROPOSED] ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE UNDER SEAL**

The United States, through counsel, moved for leave to file under seal the following documents:

- United States' Motion to Dismiss Plaintiff's Second Amended Complaint; and

- Exhibit A – P to United States' Motion to Dismiss Plaintiff's Second Amended Complaint.

Sealing these documents is appropriate under the Stipulated Protective Order at Docket 38. The motion is granted.

Dated _____ _____

                                    Honorable H. Russel Holland
                                    Senior U.S. District Judge