IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ESTATE OF JAYSON VINBERG, through its )
Personal Representative BECKY VINBERG, )
                                                   Plaintiff, )
vs. )
UNITED STATES OF AMERICA, )
                                              Defendant. )

No. 3:22-cv-0135-HRH

O R D E R

Chambers Copies; Conventinally Filed Material

The parties shall provide a chambers copy for the use of the undersigned judge of every filing that exceeds **50 pages**, including attachments.[1] Chambers copies are not part of the official file in the case and are not open to public inspection. Chambers copies should contain the following:

- If the document was filed electronically, the chambers copy must be an exact replica of the filed document, including the document footer assigned by the CM/ECF System.

- Exhibits must be separately identified with readily visible tabs. (See Local Civil Rule 7.3(c)(3) as to conventionally filed exhibits.)

- The copies are to be legible, single-sided, and two-hole punched at the center of the top of the page.

---

[1] See, e.g., United States' Motion to Dismiss Plaintiff's Second Amended Complaint (Sealed), Docket No. 61.

Additionally, with respect to defendant United States' "notice of conventional filing,"[2] when approved, conventionally filed materials should be provided in duplicate. Defendant's proffer of a CD, containing Exhibits B, C, and L to its motion to dismiss plaintiff's second amended complaint, is accepted, and defendant shall make certain to promptly provide a copy for chambers use.

DATED at Anchorage, Alaska, this  14th  day of  November, 2023.

/s/ H. Russel Holland
United States District Judge

---

[2]Docket No. 62.