IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ESTATE OF JAYSON VINBERG through its Personal Representative BECKY VINBERG | v. | UNITED STATES OF AMERICA |
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 3:22-cv-0135-HRH |

PROCEEDINGS: ORDER FROM CHAMBERS

Plaintiff's *Unopposed Motion Requesting Extension of Time*,[1] filed November 30, 2023, is granted.

The new deadline for plaintiff's response to defendant's motion to dismiss is Thursday, **December 14, 2023**. Defendant's reply will be due Friday, **January 19, 2024**.

---

[1] Docket No. 69.