IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ESTATE OF JAYSON VINBERG
through its Personal Representative
BECKY VINBERG     v.    UNITED STATES OF AMERICA

JUDGE H. RUSSEL HOLLAND     CASE NO.   3:22-cv-0135-HRH

PROCEEDINGS:   ORDER FROM CHAMBERS

Plaintiff moves[1] unopposed for an extension of time to respond to defendant's motion to dismiss.[2]

The motion is granted. Plaintiff's response is now due **Thursday, December 21, 2023**. Defendant's reply will be due **Friday, January 26, 2023**.

---

[1] Docket No. 72.

[2] Docket No. 61 (Sealed).

Order from Chambers – Motion Requesting Extension of Time    - 1 -