IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ESTATE OF JAYSON VINBERG through its Personal Representative BECKY VINBERG | v. | UNITED STATES OF AMERICA |
| JUDGE H. RUSSEL HOLLAND | | CASE NO.  3:22-cv-0135-HRH |

PROCEEDINGS:  ORDER FROM CHAMBERS

Plaintiff has moved[1] for leave to file an opposition to the United States' motion to dismiss plaintiff's second amended complaint under seal. The motion to file under seal is granted.

---

[1] Docket No. 74.  See also  Docket No. 75 (Sealed).

Order from Chambers – Motion to File under Seal                                                            - 1 -