ASHBURN & MASON, P.C.
Eva R. Gardner
Dylan L. Hitchcock-Lopez
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-4331
Fax: (907) 277-8235
E-mail: eva@anchorlaw.com
E-mail: dylan@anchorlaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ESTATE OF JAYSON VINBERG, through its personal representative BECKY VINBERG,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | **Case No. 3:22-cv-00135-HRH** |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(f), Plaintiffs request oral argument on Defendant's

Motion to Dismiss (Docket 61).

RESPECTFULLY SUBMITTED January 30, 2024, in Anchorage, Alaska.

          ASHBURN & MASON, P.C.
          Attorneys for Plaintiff

          By: s/Eva R. Gardner
             Eva R. Gardner
             Alaska Bar No. 1305017
             Dylan L. Hitchcock-Lopez
             Alaska Bar No. 2305053

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 30, 2024 a copy of the foregoing was served electronically through the CM/ECF system on all registered case users.


ASHBURN & MASON, P.C.

By: s/Maarit Cain
     Maarit Cain