IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ESTATE OF JAYSON VINBERG through its Personal Representative BECKY VINBERG | v. | UNITED STATES OF AMERICA |
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 3:22-cv-0135-HRH |

PROCEEDINGS:  ORDER FROM CHAMBERS

Defendant United States has moved[1] for leave to file under seal its reply to plaintiff's opposition[2] to defendant's motion to dismiss[3] plaintiff's second amended complaint, Exhibits Q-R to United States' reply to plaintiff's opposition to motion to dismiss plaintiff's second amended complaint, and the Declaration of CWO4 Erwin D. Williams, USN.

Sealing the defendant's reply is appropriate under the court's stipulated protective order.[4] The motion is granted.[5]

---

[1] Docket No. 77.

[2] Docket No. 75.

[3] Docket No. 61.

[4] Docket No. 38.

[5] The court notes defendant's notice of filing, Docket No. 78, and the filing of defendant's reply (under seal), Docket No. 79.

Order from Chambers – Motion to File under Seal                                                                 - 1 -