S. LANE TUCKER
United States Attorney

JOSHUA A. TRAINI
MARIE C. SCHEPERLE
Assistant U.S. Attorneys
U.S. Attorney's Office
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Josh.Traini@usdoj.gov
Email: Marie.Scheperle@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ESTATE OF JAYSON VINBERG, through its personal representative BECKY VINBERG,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No.   3:22-cv-00135-HRH |

**SUBSTITUTION OF COUNSEL
AND DISCONTINUATION OF SERVICE**

Please take notice that Assistant U.S. Attorney Jacquelyn A. Traini is no longer a

counsel of record for the Defendant in the above-entitled matter and requests

discontinuation of electronic service. Copies of all pleadings should now be directed to

Assistant U.S. Attorney Joshua A. Traini.

        JOSHUA A. TRAINI
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 West Seventh Avenue, #9, Room 253
        Anchorage, Alaska 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-2344
        Email: Josh.Traini@usdoj.gov

RESPECTFULLY SUBMITTED this 12th day of February 2024, in Anchorage, Alaska.

        S. LANE TUCKER
        United States Attorney

        /s/ Joshua A. Traini
        Assistant U.S. Attorney
        Attorney for Defendant

**CERTIFICATE OF SERVICE**
I hereby certify that on February 12, 2024,
a true and correct copy of the foregoing
was served electronically on the following:

Eva R. Gardner
Dylan Hitchcock-Lopez
Ashburn & Mason, P.C.
*Attorneys for Plaintiff*

/s/ Joshua A. Traini
United States Attorney's Office

*Vinberg v. U.S.A.*
Case No. 3:22-cv-00135-HRH     -2-