ASHBURN & MASON, P.C.
Eva R. Gardner
Dylan L. Hitchcock-Lopez
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-4331
Fax: (907) 277-8235
E-mail: eva@anchorlaw.com
E-mail: dylan@anchorlaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ESTATE OF JAYSON VINBERG, through its co-personal representatives BECKY VINBERG, ANTHONY FURIO, and ESTHER FURIO,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | **Case No. 3:22-cv-00135-HRH** |

**PLAINTIFF'S UNOPPOSED MOTION TO AMEND CASE CAPTION**

Plaintiff respectfully requests that the Court amend the case caption to reflect that Anthony Furio and Esther Furio were made co-representatives of the Estate of Jayson Vinberg, together with Becky Vinberg, on February 14, 2024.[1] Plaintiff has conferred with Defendant, who does not oppose this request.

RESPECTFULLY SUBMITTED February 26, 2024, in Anchorage, Alaska.

---

[1] *See* Exhibit 1, *Order Granting Motion & Nomination for Appointment of Co-Personal Representatives,* Case No. 3KO-22-00023 PR (issued February 14, 2024).

ASHBURN & MASON, P.C.
Attorneys for Plaintiff

By: *s/Eva R. Gardner*
Eva R. Gardner
Alaska Bar No. 1305017
Dylan L. Hitchcock-Lopez
Alaska Bar No. 2305053

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 26, 2024, a copy of the foregoing was served electronically through the CM/ECF system on all registered case users.

ASHBURN & MASON, P.C.

By: s/*Maarit Cain*
Maarit Cain

PLAINTIFF'S UNOPPOSED MOTION TO AMEND CASE CAPTION
*Estate of Jayson Vinberg v. United States, et al.,* Case No. 3:22-cv-00135-HRH  Page 2 of 2
Case 3:22-cv-00135-HRH   Document 83   Filed 02/26/24   Page 2 of 2