IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT KODIAK

|  |  |
|---|---|
| In the Matter of the Estate of:<br><br>JAYSON VINBERG,<br><br>      Decedent. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 3KO-22-00023PR<br>)<br>) |

## [PROPOSED] ORDER

The Estate's *Motion & Nomination for the Appointment of Co-Personal Representatives* is GRANTED. Becky Vinberg, Anthony Furio, and Esther Furio are hereby appointed co-personal representatives of the Estate of Jayson Vinberg. Becky Vinberg is designated as the co-personal representative with authority to act on behalf of the Estate. *Letters of Administration* will issue separately.

**IT IS SO ORDERED.**

_2-14-2024_                     _____
Date                               Hon. Stephen B. Wallace
                                     Superior Court Judge

(SEAL OF THE TRIAL COURTS, THIRD JUDICIAL DISTRICT, STATE OF ALASKA)

I CERTIFY THAT A COPY OF THE ABOVE WAS:
_____ MAILED TO
_____ DEPOSITED IN DISTRIBUTIONARY
CLERK'S OFFICE KODIAK
✔ EMAILED TO *a Hus*
_____FC_____  _2.14.24_
DEPUTY CLERK        DATE

**Exhibit 1
1 of 1**