IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ESTATE OF JAYSON VINBERG, through its co-personal representatives BECKY VINBERG, ANTHONY FURIO, and ESTHER FURIO,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | **Case No. 3:22-cv-00135-HRH** |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND CASE CAPTION

The Court, having reviewed *Plaintiff's Unopposed Motion to Amend Case Caption*, hereby GRANTS the motion. The caption in this matter shall be amended to reflect that Becky Vinberg, Anthony Furio, and Esther Furio are co-personal representatives of the Estate of Jayson Vinberg.

**IT IS SO ORDERED.**

Dated _____     _____
                        Honorable H. Russel Holland
                        Senior U.S. District Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 26, 2024, a copy of the foregoing was served electronically through the CM/ECF system on all registered case users.

ASHBURN & MASON, P.C.

By: s/*Maarit Cain*
     Maarit Cain

[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND CASE CAPTION
*Estate of Vinberg v. United States,* Case No. 3:22-cv-00135-HRH      Page 2 of 2

Case 3:22-cv-00135-HRH    Document 83-2    Filed 02/26/24    Page 2 of 2