IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ESTATE OF JAYSON VINBERG through its co-Personal Representatives BECKY VINBERG, ANTHONY FURIO, and ESTHER FURIO | v. | UNITED STATES OF AMERICA |
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 3:22-cv-0135-HRH |

PROCEEDINGS: NOTICE TO COUNSEL

Judge Holland is currently experiencing medical issues which necessitate vacating the oral argument currently scheduled for **April 24, 2024**, on defendant's pending motion to dismiss. Oral argument will be rescheduled in due course.