IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ESTATE OF JAYSON VINBERG, through its co-personal representatives BECKY VINBERG, ANTHONY FURIO, and ESTHER FURIO,<br><br>              Plaintiff,<br><br>   vs.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendants. | Case No. 3:22-cv-00135-SLG |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO UNSEAL**

Having reviewed *Plaintiff's Motion to Unseal*, and any opposition and reply thereto, the Court grants Plaintiff's motion. Exhibits B and C to Defendant's *Motion to Dismiss Plaintiff's Second Amended Complaint* [Docket 61] are hereby unsealed and will be made part of the public record effective July 29, 2024.

**IT IS SO ORDERED.**

Dated _____    _____
                                 Honorable Sharon L. Gleason
                                 United States District Judge