S. LANE TUCKER
United States Attorney

JOSHUA A. TRAINI
MARIE C. SCHEPERLE
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Josh.Traini@usdoj.gov
Email: Marie.Scheperle@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ESTATE OF JAYSON VINBERG, through its personal representative BECKY VINBERG, ANTHONY FURIO, and ESTHER FURIO,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:22-cv-00135-SLG |

**UNITED STATES' NOTICE OF FILING UNDER SEAL[1]**

---

[1] The Government exchanged its proposed redactions with Plaintiff, but was unable to reach an agreement.

Pursuant to the Court's Order [Dkt. 107], Defendant, through counsel, files its proposed redactions of Dockets 61, 75-1, 79, and 98—the Motion to Dismiss briefing and oral argument.

The Court indicated parties should "…provide a redacted version of all these documents." Dkt. 102-1. The Court went on to explain it understood the national security concerns. Given this statement and the procedural posture, the Government has submitted its proposed redactions. The parties have met and conferred regarding the redactions and have resolved some disputes but not all of them. The Government understands through conferring with opposing counsel that opposing counsel may have objections. The Government anticipates opposing counsel will follow the procedure outlined in the protective order [Dkt. 38].

If the Court requests additional briefing on the need for these proposed redactions, the Government will oblige.

RESPECTFULLY SUBMITTED this August 23, 2024, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

/s/ Joshua A. Traini
Assistant U.S. Attorney
Attorney for Defendant

/s/ Marie C. Scheperle
Civil Chief, Assistant U.S. Attorney
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2024,
a true and correct copy of the foregoing
was served electronically on the following:

Dylan L. Hitchcock-Lopez
Laura Fisher
Matthew Findley
Ashburn & Mason, P.C.
*Attorney for Plaintiff*

/s/ Joshua A. Traini
Office of the U.S. Attorney

*Vinberg v. U.S.A.*
Case No. 3:22-cv-00135-SLG          Page **3** of **3**