S. LANE TUCKER
United States Attorney

JOSHUA A. TRAINI
MARIE C. SCHEPERLE
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Josh.Traini@usdoj.gov
Email: Marie.Scheperle@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ESTATE OF JAYSON VINBERG, through its personal representatives BECKY VINBERG, ANTHONY FURIO, and ESTHER FURIO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 3:22-cv-00135-SLG |

**UNITED STATES' NOTICE OF WITHDRAWAL OF MOTION TO ENLARGE TIME [DKT 128]**

　　　　The Court's Order at Docket 126 grants Plaintiffs' Motion to Unseal at Docket

105. At Docket 128, the Government moved to enlarge the time to move to reconsider the

Court's order. After consideration and consultation with its client agency, the Government hereby withdrawals its motion at Docket 128.

RESPECTFULLY SUBMITTED this 4th day of November 2024, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney


/s/ Joshua A. Traini
Assistant U.S. Attorney

/s/ Marie C. Scheperle
Civil Chief, Assistant U.S. Attorney
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2024
a true and correct copy of the foregoing
was served electronically on the following:

Dylan L. Hitchcock-Lopez
Laura Fisher
Matthew Findley
Ashburn & Mason, P.C.
*Attorney for Plaintiff*

/s/ Joshua A. Traini
Office of the U.S. Attorney