S. LANE TUCKER
United States Attorney

JOSHUA A. TRAINI
MARIE C. SCHEPERLE
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email:  Josh.Traini@usdoj.gov
Email:  Marie.Scheperle@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ESTATE OF JAYSON VINBERG, through its personal representatives BECKY VINBERG, ANTHONY FURIO, and ESTHER FURIO,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:22-cv-00135-SLG |

**NOTICE OF CONVENTIONAL FILING**

Pursuant to the Court's Orders at Dockets 133 and 126, the Government notifies the court of its conventional filing of Exhibits B and C to the Motion to Dismiss Plaintiff's Second Amended Complaint at Docket 61. A thumbdrive will be distributed upon completion of this filing.

RESPECTFULLY SUBMITTED this 22nd day of November 2024, in Anchorage, Alaska.

        S. LANE TUCKER
        United States Attorney

        /s/ Joshua A. Traini
        Assistant U.S. Attorney

        /s/ Marie C. Scheperle
        Civil Chief, Assistant U.S. Attorney
        Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2024
a true and correct copy of the foregoing
was served electronically on the following:

Dylan L. Hitchcock-Lopez
Laura Fisher
Matthew Findley
Ashburn & Mason, P.C.
*Attorney for Plaintiff*

/s/ Marie C. Scheperle
Office of the U.S. Attorney

*Vinberg v. U.S.A.*
Case No. 3:22-cv-00135-SLG      Page **2** of **2**