# INDEX OF EXHIBITS
# TO UNITED STATES' MOTION TO PRECLUDE EXPERT OPINION OF MARK ZELIG, Ph.D.
*Vinberg v. U.S.*, 3:22-cv-00135-SLG

| Ex. | Description |
| --- | --- |
| A | Zelig Rebuttal Report VB004443 |
| B | ORNISH Report - Redacted |
| C | CULPEPPER Report |
| D | Plaintiff's Designation of Rebuttal Expert Witness |
| E | (Excerpt) M Zelig PhD - 23Apr25 – Transcript |
| F | Zelig's February Time Line (PLTF 10891-10896) |
| G | Zelig's April Time Line - Redacted |
| H | APA Specialty Guidelines for Forensic Psychology |
| I | Email Hitchcock to Zelig 2025 01-24 (PLTF 010793-95) |

INDEX OF EXHIBITS TO UNITED STATES' MOTION TO PRECLUDE EXPERT OPINION OF MARK ZELIG, Ph.D.
*Vinberg v. U.S.,* 3:22-cv-00135-SLG    Page 1 of 1

Case 3:22-cv-00135-SLG    Document 154-1    Filed 08/25/25    Page 1 of 1