ASHBURN & MASON, P.C.
Matthew Findley
Laura (Dulic) Fisher
Dylan Hitchcock-Lopez
1227 West 9th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-4331
Fax: (907) 277-8235
Email: dylan@anchorlaw.com
Email: matt@anchorlaw.com
Email: laura@anchorlaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ESTATE OF JAYSON VINBERG, through its co-personal representatives BECKY VINBERG, ANTHONY FURIO, and ESTHER FURIO,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | **Case No. 3:22-cv-00135-SLG** |

**PLAINTIFF'S DESIGNATION OF REBUTTAL EXPERT & SUPPLEMENTAL EXPERT WITNESS LIST**

  Pursuant Federal Rule of Civil Procedure 26(a)(2) and the Amended Scheduling and Planning Order at Docket 104, Plaintiff hereby supplements its expert witness list with the following retained rebuttal expert witness:

**Exhibit D**
**Page 1 of 3**

1. Mark Zelig, PhD
   ABPP, LLC
   6925 Union Park Center, Suite 550
   Cottonwood Heights, UT 84047-4141
   (801) 273-3365
   4325 Laurel St., Suite 297
   Anchorage, Alaska 99508
   (907) 561-4141

Dr. Zelig is a clinical, forensic, and police & public safety psychologist. His curriculum vitae is produced at VB004369-4424.

Respectfully submitted this 7th day of February, 2025 at Anchorage, Alaska.

ASHBURN & MASON, P.C.

*/s/ Dylan L. Hitchcock-Lopez*
Dylan L. Hitchcock-Lopez
Alaska Bar No. 2305053
Matthew T. Findley
Alaska Bar No. 0504009
Laura (Dulic) Fisher
Alaska Bar No. 1305013

PLAINTIFF'S DESIGNATION OF REBUTTAL EXPERT & SUPPLEMENTAL EXPERT WITNESS LIST
*Estate of Jayson Vinberg v. United States,* Case No. 3:22-cv-00135-SLG
Page 2 of 3

**Exhibit D**
**Page 2 of 3**

Case 3:22-cv-00135-SLG   Document 154-5   Filed 08/25/25   Page 2 of 3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 7, 2025, a copy of the foregoing was sent via email to the following:

Marie Scheperle
Marie.scheperle@usdoj.gov

Josh Traini
Josh.traini@usdoj.gov

Katie Schurig
Katie.schurig@usdoj.gov

ASHBURN & MASON, P.C.

*/s/ Dylan L. Hitchcock-Lopez*

PLAINTIFF'S DESIGNATION OF REBUTTAL EXPERT & SUPPLEMENTAL EXPERT WITNESS LIST
*Estate of Jayson Vinberg v. United States,* Case No. 3:22-cv-00135-SLG
Page 3 of 3

**Exhibit D**
**Page 3 of 3**

Case 3:22-cv-00135-SLG   Document 154-5   Filed 08/25/25   Page 3 of 3