# Mark Zelig, Ph.D., ABPP, LLC
Board Certified by the American Board of Professional Psychology in
Clinical Psychology, Forensic Psychology, and Police & Public Safety Psychology
Alta Psychological Services, Inc.
Licensed in Alaska, Colorado, Hawaii, Nevada, Utah & Wyoming

| | | |
|---|---|---|
| 6925 Union Park Center, Suite 550<br>Cottonwood Heights, Utah 84047-6527<br>801-273-3365 | Facsimile (toll free) 866-907-2822<br>email: *markzelig@markzelig.com*<br>website: www.markzelig.com | 4325 Laurel St, Suite 297<br>Anchorage, Alaska 99508-5365<br>907-561-4141 |

## Time Line and Character List
Estate of Jayson Vinberg v. United States of America
Federal Court, Alaska District
Case #3:22-cv-00135-HRH
7 February 2025

### Time Line

Note: The time line and character list are notes that I made as I reviewed the references listed below. The entries in the Event or Character Tables simply describe the representation made by the source identified in the reference column of each table. As such, none of these entries necessarily reflect any professional conclusion or opinion regarding the validity or relevance of the facts of interest in this matter. Accordingly, the reader may observe conflicts between different reference sources.

Stylistic notes: To avoid confusion, I have converted all time references to the 24-hour clock (e.g., 11:00 pm = 2300). I have expanded medical abbreviations within quoted passages to improve readability. The names of brand-named drugs are capitalized; generic drugs are not.

Since there are several people with the same last name listed below, I referred to them by their first names, hoping to ease the burden on the reader. No informality is intended.

<u>This chronology is subject to revision upon review of additional evidence</u>.

| Date | Time | Event | Reference |
|---|---|---|---|
| 20 July 1989 | | Mr. Vinberg's date of birth. | Ornish Report, p. 1. |
| 2004–2005 | | Inferred period that 14 to 15 year-old Jayson is incarcerated at McLaughlin, where he meets his future wife Becky, who is also his probation officer. | Ornish Report, pp. 1-2. |
| 2008-2020 | | Jayson lives in Utah. | Ornish Report, p. 3. |
| 17 May 2008 | | 19 year-old Jayson and 30 year-old Becky marry. | Ornish Report, p. 2. |

VB004450
010891
PLTF
Exhibit F

| Date | Time | Event | Reference |
|---|---|---|---|
| 29 August 2013 | | South Lake Tahoe officers respond to a report of a vehicle pulled over and subject lying on the ground. Jayson was put under arrest for assaulting Officer Rider (details of that assault are not provided) (p. 20). Jayson was intoxicated at the time. Subsequent treatment for Officer Rider revealed two facial fractures apparently secondary to being struck by the decedent (p. 21). | Ornish Report, pp. 20-21. |
| 30 August 2013 | | South Lake Tahoe Officer report that they went to the hospital where Vinberg was lashing out and trying to strike medical personnel. | Ornish Report, p. 22. |
| 27 May 2017 | | After Jayson is arrested by the West Valley City Utah Police Department for theft and possession of another person's identification, Jayson tells the officer that he had recently developed an addiction to methamphetamine. | Ornish Report, p. 23. |
| 6 May 2018 | | Jayson was cited for retail theft after stealing a box of syringes from a store in West Valley City. | Ornish Report, pp. 23-24. |
| February 2020 | | Jayson moves back to Kodiak and lives with his mother until his death. | Ornish Report, p. 3. |
| 13 February 2020 | | He is seen for auditory hallucinations and denies suicidal ideation. Continues to complain of poor sleep and wants lab testing because a week ago, he shared needles when using meth. | Ornish Report, p. 33. |
| 3 March 2020 | | A clinician at the Kodiak Area Native Association meets with Jayson, who wants to establish treatment. He describes a long history of substance abuse. He denies depression or suicidal ideation, but admits intravenous drug use. | Ornish Report, pp. 24-25. |

VB004451
010892
PLTF
Exhibit F
Case 3:22-cv-00135-SLG    Document 154-7    Filed 08/25/25    Page 2 of 6
Page 2 of 6

| Date | Time | Event | Reference |
|---|---|---|---|
| 16 March 2020 | | Jayson provides a social history to the clinician. After this extensive history is taken, the clinician diagnoses him with stimulant use disorder, severe. | Ornish Report, p. 27. |
| 8 April 2020 | | Jayson reports hearing voices for the past three months. He reported that "he had come to Kodiak to get away from the voices, but they have followed him from Utah. He did not report them as being threatening, only telling him to get a psychiatric evaluation and to quit his job. Client reported never having been on an antipsychotic medication before" (p. 28). Furthermore, the voices are from familiar people who are giving him advise, such as going to rehab and getting a divorce. Jayson reportedly voices understanding that the voices are not real (p. 28). He was started on a one-week trial of low dose Zyprexa (p. 29). | Ornish Report, pp. 28-29. |

VB004452
010893
PLTF
Exhibit F
Page 3 of 6
Case 3:22-cv-00135-SLG   Document 154-7   Filed 08/25/25   Page 3 of 6

| Date | Time | Event | Reference |
|---|---|---|---|
| 9 April 2020 | | Seen at Providence Kodiak Island Medical Center ED. Reports self harm, denies thoughts of harming others. The voices direct him to go to the ED to get testing for COVID-19. *"Patient states he has felt suicidal when using meth or drinking but reported last use of meth Saturday or Sunday without recent thoughts of suicide"* (p. 29) Steven Burnside reports that Jayson presented for suicidal ideation and that his initial complaint was for either obtaining a COVID-19 test or suicidal tendencies (p. 30). *"He has thoughts of hurting himself. If he would do it he would do it with a needle implying an overdose of methamphetamines. . . . states he does not currently want to die"* (pp. 30-31).<br><br>An administration of Columbia Suicide Severity Rating Scale (C-SSRS) is positive for wishing he was dead or would not wake up, having thoughts of killing himself within the past month; thinking about how he might kill himself; and admits some intention of acting on these thoughts. He denied taking any steps or plans to carry out suicide (p. 31). | Ornish Report, pp. 29-31. |
| 20 April 2020 | | Mr. Vinberg expressed to clinician that he has no intent to stop the daily use of meth. The low dose Zyprexa has helped with the voices, but he doesn't like it's side effects and prefers to discontinue. | Ornish Report, p. 33. |
| 7 May 2020 | | Last documented instance in which Jayson used methamphetamine. | Ornish Report, p. 76. |

VB004453
010894
PLTF
Exhibit F
Case 3:22-cv-00135-SLG    Document 154-7    Filed 08/25/25    Page 4 of 6
Page 4 of 6

| Date | Time | Event | Reference |
|---|---|---|---|
| 22 May 2020 | | Adam Colton, DO indicates that trazodone has been helpful for sleep. Elsewhere, Dr. Colton writes "still continues to hear voices but doesn't mind them much and prefers to not be on medications for it. Continues to use meth regularly but not as frequently as previously." | Ornish Report, p. 35. |
| 8 June 2020 | | Becky files her petition for divorce in Utah. | Ornish Report, p. 3. |
| 13 June 2020 | | 30 year-old Mr. Vinberg is shot and killed at the Naval Special Warfare Cold Weather Detachment. | Ornish Report, p. 1. |
| 13 June 2020. | 1930 | Caroline Merrigan, Jayson's aunt, drove Mr. Vinberg from Aunt Sandy Vinberg's house where he had been painting to the residence of his mother, Donna. | Ornish Report, p. 43. |
| 13 June 2020 | 2120 | Mr. Vinberg is first visualized on surveillance camera. | Ornish Report, p. 5. |
| **13 June 2020** | **2155:55** | **First shot fired.** | **South Porch video.** |
| 20 June 2020 | | Anthony Furio, Jayson's biological father, is interviewed. | Ornish Report, p. 40. |
| 21 June 2020 | | Richard Borton, a Petro Star North Pacific Fuel employer, was interviewed. | Ornish Report, p. 41. |
| 19 December 2024 | | Dr. Ornish publishes his psychiatric evaluation of Mr. Vinberg. | Ornish Report, p. 1. |
| 13 January 2025 | | Mr. Hitchcock-Lopez makes initial contact with Dr. Zelig | |

VB004454  
010895  
PLTF  
Exhibit F  
Case 3:22-cv-00135-SLG   Document 154-7   Filed 08/25/25   Page 5 of 6  
Page 5 of 6

## Character List

| Character | Role | Reference |
|---|---|---|
| Borton, Richard | Vinberg's past employer at North Pacific Fuel. | Ornish Report, p. 41. |
| Furio, Anthony | Jayson's biological father, who is interviewed by investigators. | Ornish Report, p. 40. |
| Ornish, Steven, MD | Provides a psychiatric evaluation for government attorney. | Ornish Report, p. 1. |
| Udell, Bradley | Officer of the Day who shoots Mr. Vinberg. | Ornish Report, p. 5. |
| Vinberg, Jayson (DOB 07/20/1989) | Decedent | Ornish Report, p. 1. |

010896
PLTF
Case 3:22-cv-00135-SLG   Document 154-7   Filed 08/25/25   Page 6 of 6

VB004455
Exhibit F
Page 6 of 6