**From:** "Dylan Hitchcock-Lopez" <Dylan Hitchcock-Lopez@exchangelabs.com>
**Sent:** Fri, 24 Jan 2025 23:38:00 +0000
**To:** forensicalaska@gmail.com
**Subject:** RE: Discovery Access

Does this one come through?


**Dylan L. Hitchcock-Lopez**

**Ashburn & Mason, P.C.**

1227 West 9th Avenue, Suite 200

Anchorage, AK 99501

(907) 276-4331 (main office)

(907) 277-8235 (fax)


This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any disclosure, distribution or copying of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by return e-mail and delete this message and destroy any printed copies.


**From:** Dylan Hitchcock-Lopez
**Sent:** Friday, January 24, 2025 1:43 PM
**To:** forensicalaska@gmail.com
**Subject:** RE: Discovery Access


Dr. Zelig,


I have added links to specific discovery for ease of access in your email below. Mr. Udell's deposition is attached.


**Dylan L. Hitchcock-Lopez**

**Ashburn & Mason, P.C.**

1227 West 9th Avenue, Suite 200

Anchorage, AK 99501

(907) 276-4331 (main office)

(907) 277-8235 (fax)


This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any disclosure, distribution or copying of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by return e-mail and delete this message and destroy any

VB004352
**Exhibit I**
**Page 1 of 3**

010793
PLTF

printed copies.

---

**From:** Mark Zelig <forensicalaska@gmail.com>
**Sent:** Friday, January 24, 2025 12:23 PM
**To:** Dylan Hitchcock-Lopez <dhl@anchorlaw.com>
**Subject:** Re: Discovery Access

Mr. Hitchcock-Lopez:

I would like to be able to visualize the scene better. Any pictures or diagrams showing the distribution of shell casings and the distances between the outer gates, point of engagement, and the building would be helpful. I would like to see the autopsy reports, including pictures and toxicology reports. Autopsy and tox reports are in the full NCIS File at pages 240-259 [bates NAVY 4676-4695]. This document is bookmarked and OCR searchable for ease of reference, and is a good overview of what happened. Autopsy photos are in discovery at VB 1817-2074 available here. Detailed scene photos are in the same folder at VB 2085-2270. There are more scene photographs (some of them are duplicates) available here. There is a 3D Flyover of the Detachment which gives a good sense of the scene as well.

The depositions of Becky Vinberg and Bradley Odell might also be helpful. Was his mother, Donna, deposed. Udell Depo attached. There also a transcript of an interview he gave to NCIS investigators immediately after the shooting.

Do you happen to have a map that shows the relationship between Donna's house and the Detachment? Trooper Report contains Donna Vinberg's address, the address of the Detachment is 4200 Spruce Cape Road, Kodiak, Alaska, as described in the Trooper Report detailing Jayson's death.

If the complaint for divorce is not an exhibit in Becky's deposition could you also sent that. All of the divorce paperwork and communications should be available in discovery here.

Do you know if Jayson was aware, or saw a copy of the divorce papers -- the ones filed three days before his death.

Are there any materials that Dr. Ornish failed to consider that are relevant? e.g., the text messages? I would recommend watching the surveillance footage. The shooting video is here. You will need to use the proprietary player, which is included in the folder. I would also recommend watching this video, which shows Vinberg and Udell interacting before the shooting. Because of the camera angle, it is not as useful as it might be, but I still think it is worth a through review.

MZ

On 1/24/2025 13:45, Dylan Hitchcock-Lopez wrote:

> Early next week works for me. Do you any specific discovery you need me to send over to facilitate your review?
>
>
> **Dylan L. Hitchcock-Lopez**
>
> **Ashburn & Mason, P.C.**
>
> 1227 West 9th Avenue, Suite 200
>
> Anchorage, AK 99501
>
> (907) 276-4331 (main office)
>
> (907) 277-8235 (fax)
>
>
> This transmission is intended only for the use of the individual or entity to which it is addressed and may

010794
PLTF

VB004353
**Exhibit I**
**Page 2 of 3**

Case 3:22-cv-00135-SLG     Document 154-10     Filed 08/25/25     Page 2 of 3

contain information that is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any disclosure, distribution or copying of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by return e-mail and delete this message and destroy any printed copies.

---

**From:** Mark Zelig <forensicalaska@gmail.com>
**Sent:** Friday, January 24, 2025 11:38 AM
**To:** Dylan Hitchcock-Lopez <dhl@anchorlaw.com>
**Subject:** Re: Discovery Access

Mr. Hitchcock-Lopez:

I have read the psychiatric analysis -- I am still looking into the other discovery.   Do you want to talk today -- or would early next week be okay -- which would give me the opportunity to review more of the file.  Your choice.

Mark Zelig

On 1/22/2025 17:44, Dylan Hitchcock-Lopez wrote:

> Dr. Zelig,

> Have you had a chance to do your initial review on the project? My apologies for not checking in earlier. I also want to get you access to the discovery. Is this the email address you would like me to use to grant access?

> Best,

> **Dylan L. Hitchcock-Lopez**

> **Ashburn & Mason, P.C.**

> 1227 West 9th Avenue, Suite 200

> Anchorage, AK 99501

> (907) 276-4331 (main office)

> (907) 277-8235 (fax)

> This transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any disclosure, distribution or copying of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by return e-mail and delete this message and destroy any printed copies.

---

**From:** Mark Zelig <forensicalaska@gmail.com>
**Sent:** Monday, January 20, 2025 9:33 AM
**To:** Dylan Hitchcock-Lopez <dhl@anchorlaw.com>

010795
PLTF

VB004354
**Exhibit I**
**Page 3 of 3**

Case 3:22-cv-00135-SLG     Document 154-10     Filed 08/25/25     Page 3 of 3