IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ESTATE OF JAYSON VINBERG, through its personal representative BECKY VINBERG,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 3:22-cv-00135-SLG |

**[PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO PRECLUDE EXPERT OPINION OF MARK ZELIG, Ph.D.**

The Defendant, United States of America, through undersigned counsel, moved to preclude the testimony of Plaintiff's rebuttal expert, Mark Zelig, Ph.D., under Federal Rule of Evidence 702. Having considered the motion, and any response from Plaintiff, the motion is hereby granted. Dr. Zelig's opinion testimony does not satisfy the requirements of Federal Rule of Evidence 702 or *Daubert* and is therefore precluded.

Dated: _____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Honorable Sharon L. Gleason
　　　　　　　　　　　　　　　　　　　　　　Senior District Court Judge