EX. B

SEALED

DOCUMENT

PLACEHOLDER