IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ESTATE OF JAYSON VINBERG, through its personal representatives BECKY VINBERG, ANTHONY FURIO, and ESTHER FURIO,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:22-cv-00135-SLG |

## [PROPOSED] ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT AND EXHIBITS UNDER SEAL

The United States, through counsel, moved for leave to file under seal its unredacted motion for summary judgment and the accompanying exhibits A-J.

Sealing these documents is appropriate under the Stipulated Protective Order at Docket 38. The motion is granted.

Dated _____        _____
                                                                              Honorable Sharon L. Gleason
                                                                              Senior U.S. District Judge